UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
CODY ST. CLAIR and ANDRE FOSTER-         :
HUBBARD, *on behalf of themselves and all*    :
*others similarly situated*,                          :
:                          24-CV-1185 (VSB)
Plaintiffs,    :
:                               **ORDER**
-against-                :
:
ANDOVER PROPERTIES, LLC,               :
d/b/a *Storage King USA*,                       :
:
Defendant.   :
:
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

Plaintiffs filed this action on February 16, 2024, (Doc. 1), and filed an affidavit of service on March 1, 2024, (Doc. 7). The deadline for Defendant to respond to Plaintiffs' complaint was March 18, 2024. To date, Defendant has not appeared or responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 28, 2024. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   March 22, 2024
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge