UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
       :
CODY ST. CLAIR and ANDRE FOSTER-    :
HUBBARD, *on behalf of themselves and all*  :
*others similarly situated*,     :
      :    24-CV-1185 (VSB)
     Plaintiffs,  :
      :    **ORDER**
   -against-  :
      :
ANDOVER PROPERTIES, LLC,  :
d/b/a *Storage King USA*,  :
      :
     Defendant.  :
      :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

The Clerk of the Court has entered a Certificate of Default in this matter. (Doc. 19.) Plaintiff is directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days.

SO ORDERED.

Dated: March 27, 2024
      New York, New York

*[signature: Vernon Broderick]*

                       Vernon S. Broderick
                       United States District Judge